In the Matter of the Claim of DUANE I. INGRAHAM, Respondent, against LANE CONSTRUCTION CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 19, 1955; decided December 1, 1955.

*John E. Knauf* for appellants.

*Vincent P. Pickett* for Duane I. Ingraham, respondent.

Order affirmed and order absolute directed against appellants on the stipulation herein, with costs. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.